E-FILED
Tuesday, 06 August, 2024 11:29:23 AM
Clerk, U.S. District Court, ILCD

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No 24-10023 |
| ) | |
| AUSTIN STREET, ) | |
| ) | |
| Defendant. ) | |

## ACCEPTANCE OF PLEA OF GUILTY,
## ADJUDICATION OF GUILT, AND
## NOTICE OF SENTENCING

Pursuant to the Report and Recommendations of United States Magistrate Judge Jonathan Hawley to which there have been no timely objection, the plea of guilty of the Defendant to the Counts 1 of the Information is hereby accepted, and Defendant is adjudged guilty of such offense. This matter remains set for sentencing on September 19, 2024 at 2:30 p.m. in Peoria.

ENTERED August 6, 2024.

s/ James E. Shadid
JAMES E. SHADID
United States District Judge